05-18-00587-CV

FILED
2018 MAY 21 AM 10: 07
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
AM
DEPUTY

FILED IN
Court of Appeals

MAY 2 1 2018

Lisa Matz
Clerk, 5th District

No. DF - 17 - 14703

INGNACIO VILLEGAS
Plaintiff

v.

PERLA MARISOL VILLEGAS
Defendant

In the District Court

302ND.

Dallas County, Texas

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, self-represented, and files this Notice of Appeal from the judgment signed by the Court on MAY 21, 2018. INGNACIO VILLEGAS, Defendant, appeals to the Court of Appeals at Dallas, Texas.

Respectfully submitted

Print Name: INGNACIO VILLEGAS
Address: 616 N. MADISON AVE DALLAS TX, 75208
Telephone: 469 664 8798

Ignaciovillegas1986@Gmail.com

## CERTIFICATE OF SERVICE

I, INGNACIO VILLEGAS Defendant, do hereby certify that a true and correct copy of the foregoing has been mailed, certified mail, return receipt requested, to PERLA MARISOL. VILLEGAS, Attorney for Plaintiff, at 5633 Winding Wood Tr., DALLAS, Texas, on this the 21 day of MAY, 2018.

Signature

INGNACIO VILLEGAS
Print Name

CAUSE NO. _DF_ _17 - 14703_-U

IN THE INTEREST OF:

*Villegas*

A CHILD

IN THE DISTRICT COURT

302ND    JUDICIAL DISTRICT

DALLAS COUNTY, TEXAS

## ORDER TO APPOINT AN ATTORNEY
## FOR AN INDIGENT RESPONDENT

CAME ON THIS DAY to be heard a [ ] Termination; [ ] Bond Hearing after the Issuance of a Capias, [✓] Motion for Enforcement, in the above styled and numbered cause of action. Before the commencement of said hearing, the Respondent, *Peela Villegas* appeared and raised the question of indigency their behalf.

THE COURT, after testimony on said indigency issue, finds that the Respondent is in fact indigent, and is entitled to the appointment of an attorney;

IT IS THEREFORE ORDERED that the **Public Defender's Office of Dallas County, Texas, Suite 465G, 4th Floor, 600 Commerce, Dallas, TX 752052 phone number 214/653-6153, and fax number 214/653-7993**, is appointed to represent the Respondent in this Contempt / Enforcement matter, pursuant to the Texas Family Code, and

IT IS FURTHER ORDERED that said motion is set for hearing before this Court on *August 6, 2018* at *9:00A.*M.

**The Respondent is admonished to contact the Public Defender's office.

SIGNED this the _21_ day of _May_, 20_18_.

_____
JUDGE PRESIDING

**Respondent's Address:**

ORDER TO APPOINT AN ATTORNEY: etc. - Page Solo